IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS As Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc. Multifamily Mortgage Pass-Through Certificates, Series 2016-KS06** | : : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **GREENFIELD OF PERKIOMEN VALLEY, LLC** | : : | No. 23-1439 |

### ORDER

**NOW**, this 27th day of December, 2023, upon consideration of the Plaintiff's Motion for Summary Judgment (Doc. No. 18) and the Declarations of Ariel Levin and Raymond A. Quaglia, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Deutsche Bank Trust Company Americas as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc. Multifamily Mortgage Pass-Through Certificates, Series 2016-KS06 and against Greenfield of Perkiomen Valley, LLC in the amount of $13,412,278.29.

_____
TIMOTHY J. SAVAGE, J.